SIDLEY AUSTIN LLP
Gary F. Bendinger
Gazeena K. Soni
787 Seventh Avenue
New York, New York 10019
Telephone:  (212) 839-5300
Facsimile:  (212) 839-5599
gbendinger@sidley.com
gsoni@sidley.com

*ATTORNEYS FOR DEFENDANT*
*DELOITTE TOUCHE TOHMATSU CPA LTD.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
                                                               )
                                                               )
                                                               )  Civil Action No. 11-cv-3658-SAS
IN RE LONGTOP FINANCIAL TECHNOLOGIES )
LIMITED SECURITIES LITIGATION             )  ECF CASE
                                                               )  Electronically Filed
                                                               )
                                                               )
                                                               )
---------------------------------------------------------------X

## NOTICE OF MOTION AND MOTION OF DEFENDANT
## DELOITTE TOUCHE TOHMATSU CPA LTD. TO DISMISS
## THE CONSOLIDATED CLASS ACTION COMPLAINT

PLEASE TAKE NOTICE THAT Defendant Deloitte Touche Tohmatsu CPA Ltd. ("DTTC") will move this Court, on a date and at such time as may be designated by the Court, at 500 Pearl Street, New York, NY 10007, for entry of an order dismissing the Consolidated Class Action Complaint ("CAC") filed by Lead Plaintiffs Danske Invest Management A/S and Pension Funds of Local No. One, I.A.T.S.E. ("Plaintiffs"), for failure to state a claim under Federal Rule of Civil Procedure 12(b)(6).  Specifically, Defendant DTTC intends to demonstrate that Plaintiffs fail to plead the elements of scienter or a material misrepresentation under Section 10(b) of the Securities Exchange Act of 1934 with the degree of specificity required by Federal Rule of Civil Procedure 9(b) and the Private Securities Litigation Reform Act.

This motion is based upon this Notice of Motion, the accompanying Memorandum in Support of DTTC's Motion to Dismiss the Consolidated Class Action Complaint, the Declaration of Gary Bendinger and the exhibits attached thereto, the pleadings, and any other written or oral argument as may be permitted before the Court.

WHEREFORE, Defendant DTTC respectfully requests that the Court grant the Motion and dismiss the CAC's claims against it.

Dated:  September 10, 2012

Respectfully submitted,

SIDLEY AUSTIN LLP

By   /s/ Gary F. Bendinger_____
Gary F. Bendinger
Gazeena K. Soni
787 Seventh Avenue
New York, New York 10019
Telephone:  (212) 839-5300
Facsimile:  (212) 839-5599
gbendinger@sidley.com
gsoni@sidley.com
*Attorneys for Defendant Deloitte Touche Tohmatsu CPA Ltd.*