SIDLEY AUSTIN LLP
Gary F. Bendinger
Gazeena K. Soni
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 839-5300
Facsimile: (212) 839-5599
gbendinger@sidley.com
gsoni@sidley.com

Michael D. Warden (admitted *pro hac vice*)
Elizabeth L. Howe (admitted *pro hac vice*)
1501 K Street, N.W.
Washington, DC 20005
Telephone: (202) 736-8000
Facsimile: (202) 736-8711
mwarden@sidley.com
ehowe@sidley.com

David A. Gordon (admitted *pro hac vice*)
One South Dearborn
Chicago, IL 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036
dgordon@sidley.com

*ATTORNEYS FOR DEFENDANT*
*DELOITTE TOUCHE TOHMATSU CPA LTD.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| IN RE LONGTOP FINANCIAL TECHNOLOGIES LIMITED SECURITIES LITIGATION | Civil Action No. 11-cv-3658-SAS<br><br>ECF CASE<br>Electronically Filed |
|---|---|

**NOTICE OF MOTION AND MOTION OF DEFENDANT DELOITTE TOUCHE TOHMATSU CPA LTD. TO DISMISS <u>THE AMENDED CONSOLIDATED CLASS ACTION COMPLAINT</u>**

PLEASE TAKE NOTICE THAT Defendant Deloitte Touche Tohmatsu CPA Ltd. ("DTTC") will move this Court, on a date and at such time as may be designated by the Court, at 500 Pearl Street, New York, NY 10007, for entry of an order dismissing the Amended

Consolidated Class Action Complaint ("Amended Complaint") filed by Lead Plaintiffs Danske Invest Management A/S, Pension Funds of Local No. One, I.A.T.S.E., and Pompano Beach General Employees Retirement System ("Plaintiffs"), for failure to state a claim under Federal Rule of Civil Procedure 12(b)(6). Specifically, Defendant DTTC intends to demonstrate that Plaintiffs fail to plead the elements of scienter or a material misrepresentation under Section 10(b) of the Securities Exchange Act of 1934 with the degree of specificity required by Federal Rule of Civil Procedure 9(b) and the Private Securities Litigation Reform Act, and that any claim based on misstatements prior to December 14, 2007 is barred under 28 U.S.C. § 1658(b).

This motion is based upon this Notice of Motion, the accompanying Memorandum in Support of DTTC's Motion to Dismiss the Amended Consolidated Class Action Complaint and the exhibits attached thereto, the Declaration of Elizabeth L. Howe and the exhibits attached thereto, the Declaration of Gazeena K. Soni and the exhibits attached thereto, the pleadings, and any other written or oral argument as may be permitted before the Court.

WHEREFORE, Defendant DTTC respectfully requests that the Court grant the Motion and dismiss the Amended Complaint's claim against it.

Dated: January 25, 2013

Respectfully submitted,

SIDLEY AUSTIN LLP

By /s/ Gazeena K. Soni

Gary F. Bendinger
Gazeena K. Soni
787 Seventh Avenue
New York, NY 10019
Telephone: (212) 839-5300
Facsimile: (212) 839-5599
gbendinger@sidley.com
gsoni@sidley.com

Michael D. Warden (admitted *pro hac vice*)
Elizabeth L. Howe (admitted *pro hac vice*)
1501 K Street, N.W.
Washington, DC 20005
Telephone: (202) 736-8000
Facsimile: (202) 736-8711
mwarden@sidley.com
ehowe@sidley.com

David A. Gordon (admitted *pro hac vice*)
One South Dearborn
Chicago, IL 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036
dgordon@sidley.com

*Attorneys for Defendant Deloitte Touche Tohmatsu CPA Ltd.*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 25, 2013, I electronically filed the foregoing Notice of Motion and Motion of Defendant Deloitte Touche Tohmatsu CPA Ltd. to Dismiss the Amended Consolidated Class Action Complaint with the Clerk of Court using the CM/ECF system. I also certify that the foregoing document is being served on all counsel of record or pro se parties, either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Gazeena K. Soni

Gary F. Bendinger
Gazeena K. Soni
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, NY 10019
Telephone: (212) 839-5300
Facsimile: (212) 839-5599
gbendinger@sidley.com
gsoni@sidley.com