

PLAINTIFF'S
EXHIBIT

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __1/28/15__

**IN RE LONGTOP FINANCIAL**
**TECHNOLOGIES LIMITED SECURITIES**
**LITIGATION**

<u>**SPECIAL VERDICT FORM**</u>

**11 Civ. 3658 (SAS)**

-------------------------------------------------------X

### First Claim
### Section 10(b) and Rule 10b-5 of the Exchange Act

1.  Have the Plaintiffs proved by a preponderance of the evidence, with respect to any of the statements set forth in Table A, that:

    a.  Mr. Palaschuk made an untrue statement of a material fact (a "misstatement") or failed to state a material fact that was necessary to prevent the statements that were made from being misleading under the circumstances (an "omission")?

        Yes _✓_    No ____

    b.  Mr. Palaschuk acted recklessly in making the misstatements or omissions?

        Yes _✓_    No ____

    **If YES to Questions 1(a) and 1(b), answer Question 1(c).**

    **Otherwise, proceed to Question 2.**

    c.  Your answers to Questions 1(a)-(b) are based on the following statements in Table A: **(check all that apply)**

        Statement 1    ✓
        Statement 2    ✓
        Statement 3    ✓
        Statement 4    ✓
        Statement 5    ✓
        Statement 6    ✓
        Statement 7    ✓
        Statement 8    ✓

1

If you checked **ALL** statements listed above, please sign the verdict sheet.

If you did **NOT** check all of the statements above, proceed to Question 2 **ONLY** with respect to the statements that are <u>not</u> checked.

**Second Claim**
**Section 20(a)**

2.    Have the Plaintiffs proved by a preponderance of the evidence, with respect to any of the statements set forth in Table A, that:

    a.    Longtop committed a Section 10(b) violation?

        Yes _____    No _____

    b.    Mr. Palaschuk directly or indirectly controlled Longtop?

        Yes _____    No _____

    c.    Mr. Palaschuk was a culpable participant in the fraud committed by Longtop?

        Yes _____    No _____

**If YES to Questions 2(a), 2(b) and 2(c), answer Question 2(d).**

**Otherwise, please sign the verdict sheet.**

    d.    Has Mr. Palaschuk proven by a preponderance of the evidence that he acted in good faith and did not directly or indirectly cause any of the Section 10(b) violations by Longtop?

        Yes _____    No _____

**If NO to Question 2(d), answer Question 2(e).**

**Otherwise, please sign the verdict sheet.**

    e.    Your answers to Questions 2(a)-(d) are based on the following statements in Table A: **(check all that apply)**

3

Statement 1     ___
Statement 2     ___
Statement 3     ___
Statement 4     ___
Statement 5     ___
Statement 6     ___
Statement 7     ___
Statement 8     ___

**Your foreperson must now sign and date the verdict sheet.**

_Frances L Perg_        _Nov 21. 2014._
Signature of foreperson            Date

4

# TABLE A

| # | Date | Description | Statements That Plaintiffs Contend Are Misrepresentations or Omissions of Material Fact |
|---|------|-------------|------------------------------------------------------------------------------------|
| 1 | 2/11/10 | Longtop Form 6-K (signed by Palaschuk and filed with the SEC) | Longtop's reported 3Q10 financial results for the quarter-ended December 31, 2009<br><br>PLAINTIFFS' EXHIBIT 28 |
| 2 | 5/25/10 | Longtop Form 6-K (signed by Palaschuk and filed with the SEC) | Longtop's reported 4Q10 financial results for the quarter-ended March 31, 2010<br><br>PLAINTIFFS' EXHIBIT 33 |
| 3 | 7/16/10 | Longtop Form 20-F (signed by Palaschuk and filed with the SEC) | Longtop's reported FY2010 financial results for the fiscal year-ended March 31, 2010<br><br>PLAINTIFFS' EXHIBIT 34 |
| 4 | 7/16/10 | Palaschuk Sarbanes-Oxley Act Certification in Form 20-F (signed by Palaschuk and filed with the SEC) | In connection with the Annual Report of Longtop Financial Technologies Limited (the "Company") on Form 20-F for the year ended March 31, 2010 as filed with the Securities and Exchange Commission on the date hereof (the "Report"), I, Derek Palaschuk, Chief Financial Officer of the Company, certify, pursuant to 18 U.S.C. 1350, as adopted pursuant to Section 906 of the Sarbanes-Oxley Act of 2002, that:<br>(1) The Report fully complies with the requirements of section 13(a) or 15(d) of the Securities Exchange Act of 1934; and<br>(2) The information contained in the Report fairly presents, in all material respects, the financial condition of the Company as of March 31, 2010 and results of operations of the Company for the year ended March 31, 2010.<br><br>PLAINTIFFS' EXHIBIT 34, Exhibit 13.2 |

| 5 | 8/18/10 | Longtop Form 6-K (signed by Palaschuk and filed with the SEC) | Longtop's reported 1Q11 financial results for the quarter-ended June 30, 2010<br><br>PLAINTIFFS' EXHIBIT 37 |
|---|---|---|---|
| 6 | 11/16/10 | Longtop Form 6-K (signed by Palaschuk and filed with the SEC) | Longtop's reported 2Q11 financial results for the quarter-ended September 30, 2010<br><br>PLAINTIFFS' EXHIBIT 45 |
| 7 | 2/1/11 | Longtop Form 6-K (signed by Palaschuk and filed with the SEC) | Longtop's reported 3Q11 financial results for the quarter-ended December 31, 2010<br><br>PLAINTIFFS' EXHIBIT 47 |
| 8 | 4/28/11 | Longtop Conference Call (Palaschuk speaking) | Statements of Derek Palaschuk<br><br>PLAINTIFFS' EXHIBIT 59 |