**PLAINTIFF'S EXHIBIT**

tabbies

Vrdct form 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------X

IN RE LONGTOP FINANCIAL
TECHNOLOGIES LIMITED SECURITIES
LITIGATION

--------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/28/15

SPECIAL VERDICT FORM

11 Civ. 3658 (SAS)

1.  Have the Plaintiffs' proved by a preponderance of the evidence, with respect to any of the statements set forth in Table A, that Plaintiffs suffered an economic loss as a result of Mr. Palaschuk's misstatements or omissions?

Yes ☒     No ___

**If YES to Question 1, answer Question 2.**

**If NO, please sign the verdict sheet.**

2.  Your answer to Question 1 is based on the following statements in Table A: (**check all that apply**)

| | |
|---|---|
| Statement 1 | ✓ |
| Statement 2 | ✓ |
| Statement 3 | ✓ |
| Statement 4 | ✓ |
| Statement 5 | ✓ |
| Statement 6 | ✓ |
| Statement 7 | ✓ |
| Statement 8 | ✓ |

**Proceed to Question 3.**

1

3.  Please identify the daily inflation amount (in dollars per share), if any, that you find was caused by the Section 10(b) violations.

| DATE | Amount of Inflation Per Share |
| --- | --- |
| 2/10/2010 | $11.89 per share |
| 2/11/2010 | $11.89 per share |
| 2/12/2010 | $11.89 per share |
| 2/16/2010 | $11.89 per share |
| 2/17/2010 | $11.89 per share |
| 2/18/2010 | $11.89 per share |
| 2/19/2010 | $11.89 per share |
| 2/22/2010 | $11.89 per share |
| 2/23/2010 | $11.89 per share |
| 2/24/2010 | $11.89 per share |
| 2/25/2010 | $11.89 per share |
| 2/26/2010 | $11.89 per share |
| 3/1/2010 | $11.89 per share |
| 3/2/2010 | $11.89 per share |
| 3/3/2010 | $11.89 per share |
| 3/4/2010 | $11.89 per share |
| 3/5/2010 | $11.89 per share |
| 3/8/2010 | $11.89 per share |
| 3/9/2010 | $11.89 per share |
| 3/10/2010 | $11.89 per share |

2

| | |
|---|---|
| 3/11/2010 | $ 11.89 per share |
| 3/12/2010 | $ 11.89 per share |
| 3/15/2010 | $ 11.89 per share |
| 3/16/2010 | $ 11.89 per share |
| 3/17/2010 | $ 11.89 per share |
| 3/18/2010 | $ 11.89 per share |
| 3/19/2010 | $ 11.89 per share |
| 3/22/2010 | $ 11.89 per share |
| 3/23/2010 | $ 11.89 per share |
| 3/24/2010 | $ 11.89 per share |
| 3/25/2010 | $ 11.89 per share |
| 3/26/2010 | $ 11.89 per share |
| 3/29/2010 | $ 11.89 per share |
| 3/30/2010 | $ 11.89 per share |
| 3/31/2010 | $ 11.89 per share |
| 4/1/2010 | $ 11.89 per share |
| 4/5/2010 | $ 11.89 per share |
| 4/6/2010 | $ 11.89 per share |
| 4/7/2010 | $ 11.89 per share |
| 4/8/2010 | $ 11.89 per share |
| 4/9/2010 | $ 11.89 per share |
| 4/12/2010 | $ 11.89 per share |
| 4/13/2010 | $ 11.89 per share |
| 4/14/2010 | $ 11.89 per share |

| | |
|---|---|
| 4/15/2010 | $ 11.89 per share |
| 4/16/2010 | $ 11.89 per share |
| 4/19/2010 | $ 11.89 per share |
| 4/20/2010 | $ 11.89 per share |
| 4/21/2010 | $ 11.89 per share |
| 4/22/2010 | $ 11.89 per share |
| 4/23/2010 | $ 11.89 per share |
| 4/26/2010 . | $ 11.89 per share |
| 4/27/2010 . | $ 11.89 per share |
| 4/28/2010 . | $ 11.89 per share |
| 4/29/2010 | $ 11.89 per share |
| 4/30/2010 | $ 11.89 per share |
| 5/3/2010 | $ 11.89 per share |
| 5/4/2010 | $ 11.89 per share |
| 5/5/2010 | $ 11.89 per share |
| 5/6/2010 | $ 11.89 per share |
| 5/7/2010 | $ 11.89 per share |
| 5/10/2010 | $ 11.89 per share |
| 5/11/2010 | $ 11.89 per share |
| 5/12/2010 | $ 11.89 per share |
| 5/13/2010 | $ 11.89 per share |
| 5/14/2010 | $ 11.89 per share |
| 5/17/2010 | $ 11.89 per share |
| 5/18/2010 | $ 11.89 per share |

| | |
|---|---|
| 5/19/2010 | $ 11.89 per share |
| 5/20/2010 | $ 11.89 per share |
| 5/21/2010 | $ 11.89 per share |
| 5/24/2010 | $ 15.52 per share |
| 5/25/2010 | $ 15.52 per share |
| 5/26/2010 | $ 15.52 per share |
| 5/27/2010 | $ 15.52 per share |
| 5/28/2010 | $ 15.52 per share |
| 6/1/2010 | $ 15.52 per share |
| 6/2/2010 | $ 15.52 per share |
| 6/3/2010 | $ 15.52 per share |
| 6/4/2010 | $ 15.52 per share |
| 6/7/2010 | $ 15.52 per share |
| 6/8/2010 | $ 15.52 per share |
| 6/9/2010 | $ 15.52 per share |
| 6/10/2010 | $ 15.52 per share |
| 6/11/2010 | $ 15.52 per share |
| 6/14/2010 | $ 15.52 per share |
| 6/15/2010 | $ 15.52 per share |
| 6/16/2010 | $ 15.52 per share |
| 6/17/2010 | $ 15.52 per share |
| 6/18/2010 | $ 15.52 per share |
| 6/21/2010 | $ 15.52 per share |
| 6/22/2010 | $ 15.52 per share |

| | |
|---|---|
| 6/23/2010 | $15.52 per share |
| 6/24/2010 | $15.52 per share |
| 6/25/2010 | $15.52 per share |
| 6/28/2010 | $15.52 per share |
| 6/29/2010 | $15.52 per share |
| 6/30/2010 | $15.52 per share |
| 7/1/2010 | $15.52 per share |
| 7/2/2010 | $15.52 per share |
| 7/6/2010 | $15.52 per share |
| 7/7/2010 | $15.52 per share |
| 7/8/2010 | $15.52 per share |
| 7/9/2010 | $15.52 per share |
| 7/12/2010 | $15.52 per share |
| 7/13/2010 | $15.52 per share |
| 7/14/2010 | $15.52 per share |
| 7/15/2010 | $15.52 per share |
| 7/16/2010 | $16.05 per share |
| 7/19/2010 | $16.05 per share |
| 7/20/2010 | $16.05 per share |
| 7/21/2010 | $16.05 per share |
| 7/22/2010 | $16.05 per share |
| 7/23/2010 | $16.05 per share |
| 7/26/2010 | $16.05 per share |
| 7/27/2010 | $16.05 per share |

| | |
|---|---|
| 7/28/2010 | $16.05 per share |
| 7/29/2010 | $16.05 per share |
| 7/30/2010 | $16.05 per share |
| 8/2/2010 | $16.05 per share |
| 8/3/2010 | $16.05 per share |
| 8/4/2010 | $16.05 per share |
| 8/5/2010 | $16.05 per share |
| 8/6/2010 | $16.05 per share |
| 8/9/2010 | $16.05 per share |
| 8/10/2010 | $16.05 per share |
| 8/11/2010 | $16.05 per share |
| 8/12/2010 | $16.05 per share |
| 8/13/2010 | $16.05 per share |
| 8/16/2010 | $16.05 per share |
| 8/17/2010 | $16.05 per share |
| 8/18/2010 | $17.06 per share |
| 8/19/2010 | $17.06 per share |
| 8/20/2010 | $17.06 per share |
| 8/23/2010 | $17.06 per share |
| 8/24/2010 | $17.06 per share |
| 8/25/2010 | $17.06 per share |
| 8/26/2010 | $17.06 per share |
| 8/27/2010 | $17.06 per share |
| 8/30/2010 | $17.06 per share |

| | |
|---|---|
| 8/31/2010 | $ 17.06 per share |
| 9/1/2010 | $ 17.06 per share |
| 9/2/2010 | $ 17.06 per share |
| 9/3/2010 | $ 17.06 per share |
| 9/7/2010 | $ 17.06 per share |
| 9/8/2010 | $ 17.06 per share |
| 9/9/2010 | $ 17.06 per share |
| 9/10/2010 | $ 17.06 per share |
| 9/13/2010 | $ 17.06 per share |
| 9/14/2010 | $ 17.06 per share |
| 9/15/2010 | $ 17.06 per share |
| 9/16/2010 | $ 17.06 per share |
| 9/17/2010 | $ 17.06 per share |
| 9/20/2010 | $ 17.06 per share |
| 9/21/2010 | $ 17.06 per share |
| 9/22/2010 | $ 17.06 per share |
| 9/23/2010 | $ 17.06 per share |
| 9/24/2010 | $ 17.06 per share |
| 9/27/2010 | $ 17.06 per share |
| 9/28/2010 | $ 17.06 per share |
| 9/29/2010 | $ 17.06 per share |
| 9/30/2010 | $ 17.06 per share |
| 10/1/2010 | $ 17.06 per share |
| 10/4/2010 | $ 17.06 per share |

| | |
|---|---|
| 10/5/2010 | $17.06 per share |
| 10/6/2010 | $17.06 per share |
| 10/7/2010 | $17.06 per share |
| 10/8/2010 | $17.06 per share |
| 10/11/2010 | $17.06 per share |
| 10/12/2010 | $17.06 per share |
| 10/13/2010 | $17.06 per share |
| 10/14/2010 | $17.06 per share |
| 10/15/2010 | $17.06 per share |
| 10/18/2010 | $17.06 per share |
| 10/19/2010 | $17.06 per share |
| 10/20/2010 | $17.06 per share |
| 10/21/2010 | $17.06 per share |
| 10/22/2010 | $17.06 per share |
| 10/25/2010 | $17.06 per share |
| 10/26/2010 | $17.06 per share |
| 10/27/2010 | $17.06 per share |
| 10/28/2010 | $17.06 per share |
| 10/29/2010 | $17.06 per share |
| 11/1/2010 | $17.06 per share |
| 11/2/2010 | $17.06 per share |
| 11/3/2010 | $17.06 per share |
| 11/4/2010 | $17.06 per share |
| 11/5/2010 | $17.06 per share |

| 11/8/2010 | $ 17.06 per share |
| 11/9/2010 | $ 17.06 per share |
| 11/10/2010 | $ 17.06 per share |
| 11/11/2010 | $ 17.06 per share |
| 11/12/2010 | $ 17.06 per share |
| 11/15/2010 | $ 17.06 per share |
| 11/16/2010 | $ 17.06 per share |
| 11/17/2010 | $ 17.06 per share |
| 11/18/2010 | $ 17.06 per share |
| 11/19/2010 | $ 17.06 per share |
| 11/22/2010 | $ 17.06 per share |
| 11/23/2010 | $ 17.06 per share |
| 11/24/2010 | $ 17.06 per share |
| 11/26/2010 | $ 17.06 per share |
| 11/29/2010 | $ 17.06 per share |
| 11/30/2010 | $ 17.06 per share |
| 12/1/2010 | $ 17.06 per share |
| 12/2/2010 | $ 17.06 per share |
| 12/3/2010 | $ 17.06 per share |
| 12/6/2010 | $ 17.06 per share |
| 12/7/2010 | $ 17.06 per share |
| 12/8/2010 | $ 17.06 per share |
| 12/9/2010 | $ 17.06 per share |
| 12/10/2010 | $ 17.06 per share |

| | |
|---|---|
| 12/13/2010 | $17.06 per share |
| 12/14/2010 | $17.06 per share |
| 12/15/2010 | $17.06 per share |
| 12/16/2010 | $17.06 per share |
| 12/17/2010 | $17.06 per share |
| 12/20/2010 | $17.06 per share |
| 12/21/2010 | $17.06 per share |
| 12/22/2010 | $17.06 per share |
| 12/23/2010 | $17.06 per share |
| 12/27/2010 | $17.06 per share |
| 12/28/2010 | $17.06 per share |
| 12/29/2010 | $17.06 per share |
| 12/30/2010 | $17.06 per share |
| 12/31/2010 | $17.06 per share |
| 1/3/2011 | $17.06 per share |
| 1/4/2011 | $17.06 per share |
| 1/5/2011 | $17.06 per share |
| 1/6/2011 | $17.06 per share |
| 1/7/2011 | $17.06 per share |
| 1/10/2011 | $17.06 per share |
| 1/11/2011 | $17.06 per share |
| 1/12/2011 | $17.06 per share |
| 1/13/2011 | $17.06 per share |
| 1/14/2011 | $17.06 per share |

11

| | |
|---|---|
| 1/18/2011 | $17.06 per share |
| 1/19/2011 | $17.06 per share |
| 1/20/2011 | $17.06 per share |
| 1/21/2011 | $17.06 per share |
| 1/24/2011 | $17.06 per share |
| 1/25/2011 | $17.06 per share |
| 1/26/2011 | $17.06 per share |
| 1/27/2011 | $17.06 per share |
| 1/28/2011 | $17.06 per share |
| 1/31/2011 | $17.06 per share |
| 2/1/2011 | $19.27 per share |
| 2/2/2011 | $19.27 per share |
| 2/3/2011 | $19.27 per share |
| 2/4/2011 | $19.27 per share |
| 2/7/2011 | $19.27 per share |
| 2/8/2011 | $19.27 per share |
| 2/9/2011 | $19.27 per share |
| 2/10/2011 | $19.27 per share |
| 2/11/2011 | $19.27 per share |
| 2/14/2011 | $19.27 per share |
| 2/15/2011 | $19.27 per share |
| 2/16/2011 | $19.27 per share |
| 2/17/2011 | $19.27 per share |
| 2/18/2011 | $19.27 per share |

| | |
|---|---|
| 2/22/2011 | $ 19.27 per share |
| 2/23/2011 | $ 19.27 per share |
| 2/24/2011 | $ 19.27 per share |
| 2/25/2011 | $ 19.27 per share |
| 2/28/2011 | $ 19.27 per share |
| 3/1/2011 | $ 19.27 per share |
| 3/2/2011 | $ 19.27 per share |
| 3/3/2011 | $ 19.27 per share |
| 3/4/2011 | $ 19.27 per share |
| 3/7/2011 | $ 19.27 per share |
| 3/8/2011 | $ 19.27 per share |
| 3/9/2011 | $ 19.27 per share |
| 3/10/2011 | $ 19.27 per share |
| 3/11/2011 | $ 19.27 per share |
| 3/14/2011 | $ 19.27 per share |
| 3/15/2011 | $ 19.27 per share |
| 3/16/2011 | $ 19.27 per share |
| 3/17/2011 | $ 19.27 per share |
| 3/18/2011 | $ 19.27 per share |
| 3/21/2011 | $ 19.27 per share |
| 3/22/2011 | $ 19.27 per share |
| 3/23/2011 | $ 19.27 per share |
| 3/24/2011 | $ 19.27 per share |
| 3/25/2011 | $ 19.27 per share |

13

| | |
|---|---|
| 3/28/2011 | $ 19.27 per share |
| 3/29/2011 | $ 19.27 per share |
| 3/30/2011 | $ 19.27 per share |
| 3/31/2011 | $ 19.27 per share |
| 4/1/2011 | $ 19.27 per share |
| 4/4/2011 | $ 19.27 per share |
| 4/5/2011 | $ 19.27 per share |
| 4/6/2011 | $ 19.27 per share |
| 4/7/2011 | $ 19.27 per share |
| 4/8/2011 | $ 19.27 per share |
| 4/11/2011 | $ 19.27 per share |
| 4/12/2011 | $ 19.27 per share |
| 4/13/2011 | $ 19.27 per share |
| 4/14/2011 | $ 19.27 per share |
| 4/15/2011 | $ 19.27 per share |
| 4/18/2011 | $ 19.27 per share |
| 4/19/2011 | $ 19.27 per share |
| 4/20/2011 | $ 19.27 per share |
| 4/21/2011 | $ 19.27 per share |
| 4/25/2011 | $ 19.27 per share |
| 4/26/2011 · | $ 19.27 per share |
| 4/27/2011 ·  $14.78 | $ ~~19.27~~ per share |
| 4/28/2011 · | $ 14.78 per share |
| 4/29/2011 | $ 19.51 per share |

14

| 5/2/2011 | $ 19.51 per share |
|---|---|
| 5/3/2011 | $ 18.29 per share |
| 5/4/2011 | $ 18.29 per share |
| 5/5/2011 | $ 18.29 per share |
| 5/6/2011 | $ 18.29 per share |
| 5/9/2011 | $ 18.29 per share |
| 5/10/2011 | $ 18.29 per share |
| 5/11/2011 | $ 18.29 per share |
| 5/12/2011 | $ 18.29 per share |
| 5/13/2011 | $ 18.29 per share |
| 5/16/2011 | $ 18.29 per share |
| 5/17/2011 | $ 18.29 per share |

**Proceed to Question 4.**

4.   You must now determine what percentage of responsibility, if any, to assign to each person or entity.  In making this determination, you should consider the nature of the conduct of each person or entity who contributed to the Plaintiffs' loss, and the nature and extent of the causal relationship between the conduct of that person or entity and the damages incurred by Plaintiffs.

**Mr. Palaschuk**        _1_ %

**Mr. Lian**            _50_ %

**Longtop**            _49_ %

**Total**            _100_ %
                     100

**Your foreperson must now sign and date the verdict sheet.**

_Frances L. Perz_                    _11/24/2004_
Signature of foreperson              Date

16

# **TABLE A**

| # | Date | Description | Statements That Plaintiffs Contend Are Misrepresentations or Omissions of Material Fact |
|---|---|---|---|
| 1 | 2/11/10 | Longtop Form 6-K (signed by Palaschuk and filed with the SEC) | Longtop's reported 3Q10 financial results for the quarter-ended December 31, 2009<br><br>PLAINTIFFS' EXHIBIT 28 |
| 2 | 5/25/10 | Longtop Form 6-K (signed by Palaschuk and filed with the SEC) | Longtop's reported 4Q10 financial results for the quarter-ended March 31, 2010<br><br>PLAINTIFFS' EXHIBIT 33 |
| 3 | 7/16/10 | Longtop Form 20-F (signed by Palaschuk and filed with the SEC) | Longtop's reported FY2010 financial results for the fiscal year-ended March 31, 2010<br><br>PLAINTIFFS' EXHIBIT 34 |
| 4 | 7/16/10 | Palaschuk Sarbanes-Oxley Act Certification in Form 20-F (signed by Palaschuk and filed with the SEC) | In connection with the Annual Report of Longtop Financial Technologies Limited (the "Company") on Form 20-F for the year ended March 31, 2010 as filed with the Securities and Exchange Commission on the date hereof (the "Report"), I, Derek Palaschuk, Chief Financial Officer of the Company, certify, pursuant to 18 U.S.C. 1350, as adopted pursuant to Section 906 of the Sarbanes-Oxley Act of 2002, that:<br>(1) The Report fully complies with the requirements of section 13(a) or 15(d) of the Securities Exchange Act of 1934; and<br>(2) The information contained in the Report fairly presents, in all material respects, the financial condition of the Company as of March 31, 2010 and results of operations of the Company for the year ended March 31, 2010.<br><br>PLAINTIFFS' EXHIBIT 34, Exhibit 13.2 |

1

| 5 | 8/18/10 | Longtop Form 6-K (signed by Palaschuk and filed with the SEC) | Longtop's reported 1Q11 financial results for the quarter-ended June 30, 2010<br><br>PLAINTIFFS' EXHIBIT 37 |
|---|---------|--------------------------------------------------------------|------------------------------------------------------------------------------------------------------------|
| 6 | 11/16/10 | Longtop Form 6-K (signed by Palaschuk and filed with the SEC) | Longtop's reported 2Q11 financial results for the quarter-ended September 30, 2010<br><br>PLAINTIFFS' EXHIBIT 45 |
| 7 | 2/1/11 | Longtop Form 6-K (signed by Palaschuk and filed with the SEC) | Longtop's reported 3Q11 financial results for the quarter-ended December 31, 2010<br><br>PLAINTIFFS' EXHIBIT 47 |
| 8 | 4/28/11 | Longtop Conference Call (Palaschuk speaking) | Statements of Derek Palaschuk<br><br>PLAINTIFFS' EXHIBIT 59 |