UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE LONGTOP FINANCIAL TECHNOLOGIES LIMITED SECURITIES LITIGATION | Civil Action No. 11-cv-3658-SAS |

**LEAD PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF PROPOSED SETTLEMENT**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, the Declaration of Kimberly A. Justice, executed on June 19, 2015, the exhibits thereto, and all prior pleadings and proceedings herein, Lead Plaintiffs Danske Invest Management A/S and Pension Fund of Local No. One, I.A.T.S.E. ("Plaintiffs") respectfully move this Court pursuant to Federal Rule of Civil Procedure 23 for an Order: (i) preliminarily approving the terms of the Settlement set forth in the Stipulation of Settlement dated June 18, 2015 (the "Stipulation"); (ii) approving the form and manner of notice of the Settlement to the Settlement Class; and (iii) scheduling a final approval hearing date. This motion is based on the supporting memorandum, the Stipulation and supporting exhibits, the papers and filings on record in this matter, and such additional evidence or argument as may be presented at any hearing that the Court may order.

                    KESSLER TOPAZ MELTZER
                    & CHECK, LLP

Dated: June 19, 2015              */s/Kimberly A. Justice*
                                      GREGORY M. CASTALDO
                                      KIMBERLY A. JUSTICE
                                      MICHELLE M. NEWCOMER
                                      MARGARET E. ONASCH
                                      280 King of Prussia Road
                                      Radnor, PA 19087
                                      (610) 667-7706

(610) 667-7056 (Fax)

*Lead Counsel on Behalf of Lead Plaintiffs and the Class*

**GRANT & EISENHOFER, P.A.**
DANIEL L. BERGER
JEFF A. ALMEIDA
485 Lexington Avenue
29th Floor
New York, NY 10017
(646) 722-8500
(646) 722-8501 (Fax)

*Local Counsel on Behalf of Lead Plaintiffs and the Class*