UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE LONGTOP FINANCIAL TECHNOLOGIES LIMITED SECURITIES LITIGATION | Civil Action No. 11-cv-3658-SAS |

## LEAD PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND APPROVAL OF PLAN OF ALLOCATION

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 23(e) and this Court's June 23, 2015 Order Preliminarily Approving Settlement and Directing Notice to the Class (ECF No. 293), and upon the Declaration of Gregory M. Castaldo in Support of (I) Lead Plaintiffs' Motion for Final Approval of Class Action Settlement and Approval of Plan of Allocation and (II) Class Counsel's Motion for Reimbursement of Litigation Expenses; the Memorandum of Law in Support of Lead Plaintiffs' Motion for Final Approval of Class Action Settlement and Approval of Plan of Allocation; and all other papers and proceedings herein, Lead Plaintiffs, through their undersigned counsel, will and do hereby move this Court on October 13, 2015, at 2:30 p.m. in the Courtroom of the Honorable Shira A. Scheindlin, United States District Judge for the Southern District of New York, United States Courthouse, 500 Pearl Street, New York, New York 10007, or at such other location and time as set by the Court, for entry of Judgment approving the proposed Settlement as fair, reasonable and adequate and dismissing the Action against Defendant Derek Palaschuk and for entry of an Order approving the proposed Plan of Allocation as fair and reasonable.

Proposed orders will be submitted with Lead Plaintiffs' reply submission after the deadline for objecting and requesting to opt-back into the Class have passed.

| | |
|---|---|
| Dated:  September 8, 2015 | **KESSLER TOPAZ MELTZER & CHECK, LLP**<br><br>*/s/Kimberly A. Justice*<br>GREGORY M. CASTALDO<br>KIMBERLY A. JUSTICE<br>MICHELLE M. NEWCOMER<br>MARGARET E. ONASCH<br>280 King of Prussia Road<br>Radnor, PA 19087<br>(610) 667-7706<br>(610) 667-7056 (Fax)<br><br>*Class Counsel on Behalf of Lead Plaintiffs and the Class*<br><br>**GRANT & EISENHOFER, P.A.**<br>DANIEL L. BERGER<br>JEFF A. ALMEIDA<br>485 Lexington Avenue<br>29th Floor<br>New York, NY 10017<br>(646) 722-8500<br>(646) 722-8501 (Fax)<br><br>*Liaison Counsel on Behalf of Lead Plaintiffs and the Class* |